

FILED
SEP 0 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8796

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>Josue MARIN<br><br>           Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about August 30, 2008, within the Southern District of California, defendant Josue MARIN, did knowingly and intentionally import approximately 15.80 kilograms (34.76 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Mario Vazquez, Special Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 2ND DAY OF SEPTEMBER 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

I, Special Agent Mario Vazquez, declare under penalty of perjury, the following is true and correct:

On 08/30/08, Josue MARIN entered the United States through the Calexico, California West Port of Entry. MARIN was the driver of a 1998 Jeep Charokee, bearing CA/US license plate 6CFH903. US Customs and Border Protection Officer (CBPO) Huerta discovered 25 packages concealed within the gas tank of the vehicle. One package was probed by CBPO Huerta producing a green leafy substance that field tested positive for marijuana. The 25 packages were removed and weighed with a total weight of 15.80 kilograms (34.76 Lbs.)

MARIN was arrested in violation of Title 21 United States Code (USC) 952, Importation of a Controlled Substance. MARIN acknowledged and waived his Miranda Rights. MARIN admitted that he was well aware that he was transporting marijuana in the vehicle. MARIN stated that he was going to be paid $1,000.00 to cross the vehicle into the United States.

Executed on _August 30, 2008_ (date) at _9:15 AM_ (time)

_____
SPECIAL AGENT

One the basis of the facts presented in the probable cause statement consisting of 1 page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on August 30, 2008, in violation of Title 21, United States Code, Section(s) 952 & 960.

_____          _8/08/- 1157a_
United States Magistrate Judge                Date/Time

TOTAL P.01